UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:22-cv-00187-RJC

| TAMMI SUE GILBERT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Remand (Doc. No. 8). To conduct further factfinding, the Defendant requests a judgment reversing its decision and remanding this case under sentence four of 42 U.S.C. § 405(g). The Plaintiff's counsel consents to the Defendant's motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Remand is **GRANTED** and the Commissioner's decision is **REVERSED**. This case is **REMANDED** to the Commissioner for further administrative proceedings.

**IT IS FUTHER ORDERED** that Plaintiff's Motion (Doc. No. 6) is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: May 23, 2023

Robert J. Conrad, Jr.
United States District Judge